ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CAROLYN B. CHEN, C.S.B.N. 256628
Special Assistant United States Attorney
    Social Security Administration, Region IX
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| D.S. by and through her guardian au litem, Alicia Elmore,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 11-2218-FFM<br><br>JUDGMENT OF REMAND |

      The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

///

///

///

above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: July 11, 2011          <u>/S/ Frederick F. Mumm</u>
                                             HON. FREDERICK F. MUMM
                                             UNITED STATES MAGISTRATE JUDGE