STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    Email: carolyn.chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| D.S. by and through her Guardian Ad Litem ALICIA ELMORE,<br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant | No.: 2:11-cv-02218-FFM<br><br>[**PROPOSED**] **JUDGMENT** |

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

Dated: *December 10, 2014*    /S/ FREDERICK F. MUMM
                                      HON. FREDERICK F. MUMM
                                      United States Magistrate Judge