Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670   eMail: scleidner@aol.com
Fax:(323)662-0840
State Bar of California #090387

Attorney for Plaintiff
D.S. a child

COURTESY COPY

FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA.

| | |
|---|---|
| D.S. a child, by and through her Guardian Ad Litem ALICIA ELMORE, Plaintiff<br><br>Plaintiff<br><br>vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>Defendant. | CASE NO.: CV 11 2218 FFM<br><br>[~~Proposed~~] Order Awarding EAJA Fees |

IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

///
///
///

attorney fees under EAJA in the amount of THIRTY-FOUR HUNDRED DOLLARS and 00/100 cents ($3,400.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED: JANUARY 27, 2015

_____
HON. FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE